**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RANDALL WINSLOW,            :   No. 532 MAL 2018

            Petitioner      :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court
          v.               :

GOLDBERG, MEANIX & MUTH, EVAN J.  :
KELLY, JOHN DOE, T/A OR DBA      :
GOLDBERG, MEANIX & MUTH,       :

          Respondents     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2019, the Petition for Allowance of Appeal
is **DENIED**.